UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TROY RAYMOND MORTON,<br><br>            Defendant. | Case No. MJ13-208<br><br>**DETENTION ORDER** |

Offense charged:

   Felon in Possession of a Firearm and Ammunition.

Date of Detention Hearing: April 25, 2013.

   The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

   The parties stipulate to detention. Defendant is charged with a crime carry a presumption of detention. He has failed to overcome that presumption. Defendant has a lengthy criminal

DETENTION ORDER - 1

history, dating back to 1990. He has a pending active warrant issued by the Bellingham, Washington Police Department on March 18, 2013, for Driving While License Suspended 1st Degree, and two active warrants in the state of Oregon for new charges of Possession of a Controlled Substance and Delivery of a Controlled Substance. The Oregon warrants were issued November 22, 2005 and January 26, 2006.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of April, 2013.

DEAN BRETT
United States Magistrate Judge

DETENTION ORDER - 2